Frances A. Rinkenberger, Appellant, v. Caroline I. Roxbury, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Smith & Thayer Company, Appellant, v. Adolph Weiss and Jacob Lazarowitz, Copartners, etc., Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

John H. Storer, Respondent, v. Leo Kaufman, etc., Appellant.— Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Mary J. Willets, Respondent, v. Henry E. Heistad and Albert Firman, as Executors, etc., of Minnie C. Nugent, Deceased, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, because of error in the admission of evidence as shown on pages 36 and 37 of the record, and of error in the charge of the trial court as shown on page 47 of the record. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Bernard Yesgar, Respondent, v. Fajbush Libman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Axel E. Blixt, Respondent, v. Eltoma Realty Company, Appellant.— Motion for resettlement granted, without costs. Present — Hirschberg, P. J.; Woodward, Jenks, Burr and Thomas, JJ.

Jacob Cohen, Respondent, v. Joseph Bass, Appellant.— Motion denied, with costs, and stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Cross, Austin & Ireland Lumber Company, Respondent, v. Walter J. Etherington, Appellant.— Motion for leave to appeal to the Court of Appeals denied and stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

N. Dain's Sons Company, Appellant, v. Thomas McNally Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Emma Frances Duncan, Individually and as Executrix, etc., of Lorenzo Duncan, Deceased, Respondent, v. The Nassau Electric Railroad Company and The Brooklyn Heights Railroad Company, Appellants.— On the remittitur of the Court of Appeals, ordered that the judgment appealed from be reversed and a new trial be granted, costs to abide the event, unless the plaintiff stipulate to reduce the fee damage to the sum of $1,875, and the rental damage to the sum of $1,125, and if she so stipulate, judgment affirmed, without costs. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

William J. Grill, Respondent, v. Morris A. Dubroff, Appellant.— Motion denied and stay vacated, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Helen M. Hayes, Respondent, v. Mary E. Hoyt, Appellant, and Emily F. Goodwin, Defendant.— Motion for certification of question denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.